**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6176**

---

KELVIN J. MILES,

                              Petitioner - Appellant,

        versus

LLOYD WATERS; ATTORNEY GENERAL FOR THE STATE
OF MARYLAND,

                              Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Frederic N. Smalkin, District Judge. (CA-
98-3689-S)

---

Submitted:  May 25, 1999            Decided:  June 2, 1999

---

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kelvin J. Miles, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kelvin J. Miles appeals from the district court's order denying him copies at government expense and denying his petition for a writ of error coram nobis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. See Miles v. Waters, No. CA-98-3689-S (D. Md. Feb. 3, 1999).[*] At the time Miles filed his request for copies, he indicated that he had the ability to pay for them. Therefore, the district court appropriately declined to provide the copies at government expense. To the extent that Miles can show a change in circumstances, he may file a new motion in the district court, requesting the copies at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on February 1, 1999, the district court's records show that it was entered on the docket sheet on February 3, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).